|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JUL 31 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

TERRY MYERS and DAWN OUTLAW,

    Plaintiffs - Respondents,

v.

SAZERAC COMPANY, INC.,

    Defendant - Petitioner.

No. 25-1243

D.C. No.
23-cv-00522-EMC
Northern District of California,
San Francisco

ORDER

Before: LEE and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 11) for leave to file a corrected petition is granted. The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).

The motions (Docket Entry No. 1, 13) to seal are granted in part. The clerk will maintain Docket Entry Nos. 1, 4, 5, 12, and 13 under seal.

Within 21 days, petitioner must submit a redacted version of Docket Entry No. 5 for public filing that redacts only the information that has been sealed in the district court.

Also within 21 days, respondents must submit a redacted version of Docket Entry No. 13 for public filing that redacts only the information that has been sealed in the district court.